[No. 8639–1–I.   Division One.   March 9, 1981.]

*In the Matter of the Application of the*
BOEING COMMERCIAL AIRPLANE COMPANY.

KEITH WHITE, ET AL, *Appellants,* v. THE CITY
OF EVERETT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 78–2–02544–5, Paul D. Hansen, J., entered May 15, 1979. *Affirmed* by unpublished opinion per Callow, J., concurred in by James, C.J., and Durham, J.

[No. 8209–4–I.   Division One.   March 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES
EDWARD CASHAW, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–00015–5, David W. Soukup, J., entered October 31, 1979. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams and Andersen, JJ.

[No. 4117–II.   Division Two.   March 9, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JESS
MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 53805, E. Albert Morrison, J., entered May 14, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrie, J.